

**NUMBER 13-10-00079-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

| | |
|---|---|
| **KAREN A. GARCIA,** | **Appellant,** |
| **v.** | |
| **ARTURO E. GARCIA,** | **Appellee.** |

**On appeal from the 444th District Court
of Cameron County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Vela
Memorandum Opinion Per Curiam**

Appellant, Karen A. Garcia, perfected an appeal from a judgment entered by the 444th District Court of Cameron County, Texas, in cause number 2008-12-6772-H. On March 11, 2010, this Court abated and remanded this appeal to the trial court for further proceedings in accordance with Texas Rule of Civil Procedure 306a. Appellant has filed a motion to dismiss the appeal on grounds that she no longer wishes to pursue this

appeal. Appellant requests that this Court dismiss the appeal. Accordingly, we REINSTATE the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
20th day of May, 2010.